Robert C. Jahnke, a Minor, by and through His Father and Next Friend, Clarence Jahnke, Plaintiff-Respondent, v. Twelve and Twenty-Two Corporation, a Corporation, Defendant-Petitioner.

Gen. No. 11,416.

Second District, Second Division.
April 7, 1961.
Rehearing denied May 6, 1961.

Diver, Diver & Ridge, of Waukegan (Thomas W. Diver and Louis W. Brydges, of counsel), for defendant-petitioner; Chester F. Mitchell, Jr., and Gerald M. Chapman, of Chicago, for plaintiff-respondent. Opinion by JUDGE CROW. Not to be published in full.